# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Arvette Benson | : | Case No. 20-11839-MDC |
| | : | |
| | : | |
| Upper Darby Bell Telco FCU | ; | |
| Movant | : | Chapter 13 |
| | : | |
| v. | : | |
| Arvette Benson | : | |

## WITHDRAWAL OF OBJECTION OF UPPER DARBY BELL TELCO FEDERAL CREDIT UNION TO CHAPTER 13 PLAN

Kindly withdraw the Objections of Upper Darby Bell Telco Federal Credit Union to Debtor's Chapter 13 Plan at Docket Nos. 18 and 45.

Respectfully Submitted,

**VAUGHAN BAIO & PARTNERS**

*/s/ M. Jacqueline Larkin*
M. Jacqueline Larkin, Esq.
ID No. 309190
Two Logan Square
100 N. 18th Street, Suite 700
Philadelphia, PA 19103
(215) 569-2400
mjlarkin@vaughanbaio.com

Date: January 19, 2021

#R4OZK1Z40D14QMv1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Arvette Benson | : | Case No. 20-11839-MDC |
| | : | |
| | : | |
| Upper Darby Bell Telco FCU | ; | |
|     Movant | : | Chapter 13 |
| | : | |
| v. | : | Judge: Chief Judge Magdeline D. Coleman |
| Arvette Benson | : | |

## CERTIFICATE OF SERVICE

I, M. Jacqueline Larkin, Esquire, attorney for Movant, Upper Darby Bell, Telco, FCU, do hereby certify that true and correct copies of the foregoing Objection to Confirmation was served via first-class mail on the following parties on January 19, 2021.

William C. Miller, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

United States Trustee  
Office of the U.S. Trustee  
200 Chestnut Street  
Suite 502  
Philadelphia, PA 19106

Keith D. Sklar, Esquire  
1901 N. Olden Avenue  
Suite 22  
Ewing, N.J.  08618

Arvette E. Benson  
6335 Martins Mill Road  
Philadelphia, PA 19111

    **VAUGHAN BAIO & PARTNERS**  
By:    */s/ M. Jacqueline Larkin*  
    M. Jacqueline Larkin, Esq.  
    ID No. 309190  
    Two Logan Square  
    100 N. 18th Street, Suite 700  
    Philadelphia, PA 19103  
    (215) 569-2400

Date: January 19, 2021

#R4OZK1Z40D14QMv1