United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11839-mdc |
| Arvette E Benson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 11, 2021 | Form ID: 155 | Total Noticed: 86 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvette E Benson, 6335 Martins Mill Road, Philadelphia, PA 19111-5321 |
| 14489422 | + | Afni, inc. (Original Creditor: Verizon I, PO Box 3427, Bloomington, IL 61702-3427 |
| 14489423 | + | Ar Resources Inc (original Creditor Mano, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 14489424 | + | Auto Trakk, LLC, Attn: Bankruptcy Dept., 1500 Sycamore Rd., STE 200, Montoursville, PA 17754-9416 |
| 14489426 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 14527528 | + | Citigroup Mortgage Loan Trust Inc.,, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14527200 | + | Citigroup Mortgage Loan Trust Inc., Asset-Backed P, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14489439 | + | Comenitycapital/c21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14489441 | + | Concord Svc, 4150 N. Drinkwater, Suite 200, Scottsdale, AZ 85251-3643 |
| 14489444 | | Credit Corp Solutions, Attn: Bankruptcy, 121 West S Election Rd, Draper, UT 84020 |
| 14489427 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Bloomingdale's, PO Box 8053, Mason, OH 45040 |
| 14489446 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14489450 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14489451 | + | Four Seasons Investment, P.O. Box 213, Wynnewood, PA 19096-0213 |
| 14489453 | + | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14489454 | + | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14489455 | + | Ic Systems Inc(Original Creditor; Advoca, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14489457 | + | Interstate Credit & Co (Original Credito, 21 W Fornance Street, Norristown, PA 19401-3300 |
| 14489458 | + | Intrst (Original Creditor:Medical), 21 West Fornance S, Norristown, PA 19401-3300 |
| 14489460 | + | Media Members Federal, 3900 Chestnut St, Philadelphia, PA 19104-3120 |
| 14489464 | + | Police and Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14509413 | + | Purchasing Power, LLC, 2727 Paces Ferry Road,SE, Bldg. 2 Suite 1200, Atlanta, GA 30339-4053 |
| 14489467 | + | Reliant Cap (Original Creditor: 07 harcu, 750 Cross Pointe R Suite G, Columbus, OH 43230-6692 |
| 14489468 | + | Rjm Acq Llc (original Literary, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |
| 14495174 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14489469 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14489470 | + | Sunrise Credit Service (original Credito, 234 Airport Plaza Blvd S, Farmingdale, NY 11735-3917 |
| 14489476 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14489477 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14503213 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14489480 | + | US Dept of Ed/Glelsi, PO Box 7860, Minot, ND 58707-0001 |
| 14495310 | + | Upper Darby Bell Telco FCU, C/O MARY JACQUELINE LARKIN, O'Hagan Meyer, 100 N. 18th Street, # 700, Philadelphia, PA 19103-2765 |
| 14500468 | + | Upper Darby Bell Telco Federal Credit Union, 1410 Bywood Avenue, Upper Darby, PA 19082-3798 |
| 14489482 | + | Xerox Soluti, 04 Phila, Po Box 41818, Philadelphia, PA 19101-1818 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14507869 | + | Email/Text: g20956@att.com | | |
| | | | Feb 12 2021 03:59:00 | AT&T Mobility II LLC, % AT&T SERVICES |

|  |  |  |  |
|---|---|---|---|
|  |  |  | INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14508109 | Email/Text: bnc@atlasacq.com | Feb 12 2021 03:58:00 | Atlas Acquisitions LLC, 492 C Cedar Lane, Ste. 442, Teaneck, NJ 07466 |
| 14489425 | + Email/Text: aleasure@autotrakk.com | Feb 12 2021 03:59:00 | Autotrakk Llc, Attn: Bankruptcy Department, 1500 Sycamore Rd., Ste. 200, Montoursville, PA 17754-9416 |
| 14534604 | Email/Text: megan.harper@phila.gov | Feb 12 2021 03:58:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14537727 | Email/Text: megan.harper@phila.gov | Feb 12 2021 03:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14489428 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 03:21:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14500258 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 12 2021 03:30:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14489429 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 03:29:48 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14489430 | + Email/Text: bankruptcy@cavps.com | Feb 12 2021 03:58:00 | Cavalry Portfolio Serv (Original), 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14489877 | + Email/Text: bankruptcy@cavps.com | Feb 12 2021 03:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14489431 | + Email/Text: bankruptcy@philapark.org | Feb 12 2021 03:59:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14489432 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489433 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14489434 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489435 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489436 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489437 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489438 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14489440 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14489442 | + Email/Text: convergent@ebn.phinsolutions.com | Feb 12 2021 03:58:00 | Convergent Outsourcing, 800 Sw 39th Street, Renton, WA 98057-4927 |
| 14489443 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 12 2021 03:59:00 | Credit Coll (Original Creditor:06 Progre, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14489445 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2021 03:21:42 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14489446 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:38:49 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 20-11839-mdc   Doc 61   Filed 02/13/21   Entered 02/14/21 00:48:05   Desc Imaged
Certificate of Notice   Page 3 of 6

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Feb 11, 2021 | Form ID: 155 | Total Noticed: 86 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14508419 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2021 03:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14489448 | + | Email/Text: bknotice@ercbpo.com | Feb 12 2021 03:58:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14489449 | + | Email/Text: bankruptcy@firstelectronic.com | Feb 12 2021 03:59:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14489452 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 12 2021 03:59:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14489456 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2021 03:58:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 14508293 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2021 03:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14494945 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2021 03:30:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14494564 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 12 2021 03:21:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14489459 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 12 2021 03:59:00 | Mabt - Genesis Retail, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14489461 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 12 2021 03:37:46 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14489462 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2021 03:58:00 | Midland Funding (Original Creditor Targe, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 14489463 | + | Email/Text: bnc@nordstrom.com | Feb 12 2021 03:58:09 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14503123 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:21:40 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14489465 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:29:56 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14500445 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:29:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14535505 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14502201 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2021 03:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14492567 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2021 03:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14489466 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 12 2021 03:30:02 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14489471 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:40 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489472 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:40 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14508237 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:21:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14489473 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:41 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489474 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 20-11839-mdc    Doc 61    Filed 02/13/21    Entered 02/14/21 00:48:05    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 155 | Total Noticed: 86 |

|  |  |  | Feb 12 2021 03:21:20 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 14489475 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:42 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14492903 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 12 2021 03:30:26 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14506734 | + | Email/Text: bncmail@w-legal.com | Feb 12 2021 03:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14489478 | + | Email/Text: rich@udbell.org | Feb 12 2021 03:58:00 | Ud Bell Fcu, 1410 Bywood Avenue, Upper Darby, PA 19082-3720 |
| 14489479 | + | Email/Text: rich@udbell.org | Feb 12 2021 03:58:00 | Upper Darby Belltelco, 1410 Bywood Drive, Upper Darby, PA 19082-3720 |
| 14489481 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 12 2021 03:57:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14527413 | *+ | Citigroup Mortgage Loan Trust Inc., Asset-Backed P, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14489447 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CANDYCE I. SMITH-SKLAR | on behalf of Debtor Arvette E Benson mail@njpalaw.com r56958@notify.bestcase.com |
| KEITH D. SKLAR | on behalf of Debtor Arvette E Benson mail@njpalaw.com r56958@notify.bestcase.com |
| MARY JACQUELINE LARKIN | on behalf of Upper Darby Bell Telco FCU mjlarkin@vaughanbaio.com jpitner@vaughanbaio.com |
| REBECCA ANN SOLARZ | |

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 155 | Total Noticed: 86 |

    on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Arvette E Benson
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−11839−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 11, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

59 − 10
Form 155