Law Offices of Sklar Smith-Sklar
1901 N          ue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq. (91524)
Attorney for Omar Feliciano and Isanette Ayala

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| **In the Matter of**: | } | CHAPTER 13 |
| ARVETTE E. BENSON, | } | CASE NO.: 20-11839(MDC) |
| **Debtor(s)** | } | |

## ORDER

**AND NOW THIS** __15th__ day of ____February____, 2021 and for good cause having been shown, Debtors' attorney's request for legal fees earned is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay through the Debtors' Chapter 13 plan as an administrative expense $2,500.00 as legal fees earned.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge