UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)
<u>CHANGE OF ADDRESS – **CREDITOR**</u>

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: <u>Arvette E Benson</u>  Case Number: <u>20-11839</u>

  Chapter: <u>13</u>

Check which type of address change is being requested:

☐ Notice only    ☐ Payment only    ☑ Notice & Payment

Creditor's Name: <u>Purchasing Power, LLC</u>

Enter related claim number(s) if any: 24-1   Dollar Amount: $1,353.45

**Previous Notice Address:**
Bankruptcy Department
1349 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309

**New Notice Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**Previous Payment Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**New Payment Address:**
Purchasing Power LLC
Bankruptcy Department
P.O. Box 745857
Atlanta, GA 30374-745857

**Change requested by:**  Seprina-Renee Thomas, Bankruptcy Paralegal
(Printed name and title)

Mailing Address   Purchasing Power, LLC
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

Creditor Phone Number: 404-602-1489

Creditor Email Address: bankruptcy@purchasingpower.com

Signature and Date _[signature]_  4/26/22

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

revised 1/24/19