**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      ARVETTE E. BENSON      :      CHAPTER 13
                                   :      NO. 20-11839MDC

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Creditor, Auto Trakk, LLC, has filed a Motion for Relief From the Automatic Stay with the court requesting the Court vacate the automatic stay to allow Auto Trakk to pursue its state court rights to the collateral described as a 2016 Chrysler 200 Sedan.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **June 7, 2022,** you or your attorney must do **ALL** of the following.

    (a)    File an Answer explaining your position at

**UNITED STATES BANKRUPTCY COURT**
**4TH FLOOR CLERKS OFFICE**
**900 MARKET STREET**
**PHILADELPHIA, PA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the creditor's attorney:

**MUDRICK & ZUCKER, P.C.**
**325 SENTRY PARKWAY**
**BUILDING 5W, SUITE 320**
**BLUE BELL, PA 19422**

2.    If you or your attorney do not take the steps described in paragraphs l(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the **HONORABLE MAGDELINE D. COLEMAN** on **June 14, 2022** at **10:30 A.M.** in Courtroom #2, United States Bankruptcy Court, 2nd Floor 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

Dated:    5/17/2022