## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ARVETTE E. BENSON | : | CHAPTER 13 |
| | | : | NO. 20-11839MDC |
| | | | |
| AUTO TRAKK, LLC | | : | Date and Time of Hearing |
| | | : | Place of Hearing |
| | Movant | : | June 14, 2022 at 10:30 AM |
| vs. | | : | |
| | | : | U.S. Bankruptcy Court |
| ARVETTE E. BENSON | | : | 900 Market Street, Courtroom #2 |
| | | : | Philadelphia, PA 19107 |
| | Respondent | : | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the Motion for Auto Trakk, LLC under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown:

ORDERED that the automatic stay of the Bankruptcy Code Section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr,P., Rule 4001(a)(3) to permit Movant to pursue the Movant's state court rights in the personal property described as a 2016 Chrysler 200 Sedan bearing vehicle identification number 1C3CCCAB3GN101475 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:   June 14, 2022

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

CC:   Debtor
Candyce Smith-Sklar, Esquire
Daniel P. Mudrick, Esquire