United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11839-mdc

Arvette E Benson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jun 15, 2022     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvette E Benson, 6335 Martins Mill Road, Philadelphia, PA 19111-5321 |
| cr | + | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| cr | + | Citigroup Mortgage Loan Trust Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Citigroup Mortgage Loan Trust Inc., Asset-Backed P, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Daniel Mudrick, Mudrick & Zucker, P.C., 325 Sentry Parkway East, Building 5 W - Ste. 320, Blue Bell, PA 19422 UNITED STATES 19422-2312 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Jun 16 2022 00:04:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: bankruptcy@purchasingpower.com | Jun 16 2022 00:04:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road, SE, Bldg. 2 Suite 1200, Atlanta, GA 30339-6143 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022     Signature:    /s/Gustava Winters

Case 20-11839-mdc　Doc 71　Filed 06/17/22　Entered 06/18/22 00:28:06　Desc Imaged
Certificate of Notice　Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 15, 2022 | Form ID: pdf900 | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CANDYCE I. SMITH-SKLAR | on behalf of Debtor Arvette E Benson mail@njpalaw.com r56958@notify.bestcase.com |
| DANIEL P. MUDRICK | on behalf of Creditor Auto Trakk LLC dpmudrick@verizon.net, G30229@notify.cincompass.com |
| DANIEL P. MUDRICK | on behalf of Creditor Daniel Mudrick dpmudrick@verizon.net G30229@notify.cincompass.com |
| KEITH D. SKLAR | on behalf of Debtor Arvette E Benson njpalaw@gmail.com r56958@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Upper Darby Bell Telco FCU mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   ARVETTE E. BENSON | : | CHAPTER 13 |
| | : | NO. 20-11839MDC |
| AUTO TRAKK, LLC | : | Date and Time of Hearing |
| | : | Place of Hearing |
| Movant | : | June 14, 2022 at 10:30 AM |
| vs. | : | |
| | : | U.S. Bankruptcy Court |
| ARVETTE E. BENSON | : | 900 Market Street, Courtroom #2 |
| | : | Philadelphia, PA 19107 |
| Respondent | : | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the Motion for Auto Trakk, LLC under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown:

ORDERED that the automatic stay of the Bankruptcy Code Section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr,P., Rule 4001(a)(3) to permit Movant to pursue the Movant's state court rights in the personal property described as a 2016 Chrysler 200 Sedan bearing vehicle identification number 1C3CCCAB3GN101475 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: June 14, 2022

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

CC:   Debtor
      Candyce Smith-Sklar, Esquire
      Daniel P. Mudrick, Esquire