# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-11839-MDC

ARVETTE E BENSON

6335 MARTINS MILL ROAD

PHILADELPHIA, PA 19111-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ARVETTE E BENSON

    6335 MARTINS MILL ROAD

    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    LAW OFFICES OF SKLAR SMITH SKLAR
    1901 N OLDEN AVE
    SUITE 22
    EWING, NJ 08618-

                                                /S/ Kenneth E. West

Date: 8/9/2022                              _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee