Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq. (91524)
Attorney for Omar Feliciano and Isanette Ayala

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**

| | | |
|---|---|---|
| **In the Matter of**: | } | CHAPTER 13 |
| | } | |
| ARVETTE E. BENSON, | } | CASE NO.: 20-11839 (MDC) |
| | } | |
| **Debtor(s)** | } | |

**ORDER**

**AND NOW THIS** _____ day of _____, 2022 and for good cause having been shown, Debtors' attorney's request to modify the Debtor's Chapter 13 Plan post-confirmation is hereby **GRANTED.**

This Order supercedes the previous confirmation Order of February 11, 2021.

_____
Hon. Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court
Eastern District of Pennsylvania