LAW OFFICES OF SKLAR SMITH-SKLAR, LLC
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
KEITH D. SKLAR, ESQ. (91524)
ATTORNEY FOR DEBTOR
Email: mail@njpalaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   ARVETTE BENSON, | : | CHAPTER 13 |
| | : | Case No.: 20-11839-mdc |
| | : | |
| Debtor(s) | : | **CERTIFICATE OF** |
| | : | **NO OBJECTION** |

I, KEITH D. SKLAR, certify that a copy of the Motion to Modify Debtor's Chapter 13 post-confirmation for the above captioned case was served on the appropriate parties named in the certificate of service by either electronic notice or by first class United States Mail more than twenty-one (21) days ago and that no objection has been received by me or filed with this honorable court.

**WHEREFORE,** Debtor's attorney seeks an Order granting modification of the Debtor's Chapter 13 Plan post-confirmation.  .

Date: November 17, 2022          */s/Keith D. Sklar, Esq.*_____
                                            Keith D. Sklar, Esq.