United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-11839-mdc
Arvette E Benson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvette E Benson, 6335 Martins Mill Road, Philadelphia, PA 19111-5321 |
| cr | #+ | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| cr | + | Citigroup Mortgage Loan Trust Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Citigroup Mortgage Loan Trust Inc., Asset-Backed P, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Daniel Mudrick, Mudrick & Zucker, P.C., 325 Sentry Parkway East, Building 5 W - Ste. 320, Blue Bell, PA 19422 UNITED STATES 19422-2312 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 19 2022 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: bnc@atlasacq.com | Nov 19 2022 00:15:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + Email/Text: bankruptcy@purchasingpower.com | Nov 19 2022 00:16:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road, SE, Bldg. 2 Suite 1200, Atlanta, GA 30339-6143 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 9

Date: Nov 20, 2022         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CANDYCE I. SMITH-SKLAR | on behalf of Debtor Arvette E Benson mail@njpalaw.com r56958@notify.bestcase.com |
| DANIEL P. MUDRICK | on behalf of Creditor Daniel Mudrick dpmudrick@verizon.net G30229@notify.cincompass.com |
| DANIEL P. MUDRICK | on behalf of Creditor Auto Trakk LLC dpmudrick@verizon.net, G30229@notify.cincompass.com |
| KEITH D. SKLAR | on behalf of Debtor Arvette E Benson njpalaw@gmail.com r56958@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Upper Darby Bell Telco FCU mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

Law Offices of Sklar Smith-Sklar
1901 N            ᴊe, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq. (91524)
Attorney for Omar Feliciano and Isanette Ayala

## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| **In the Matter of**: | } | CHAPTER 13 |
| | } | |
| ARVETTE E. BENSON, | } | CASE NO.: 20-11839 (MDC) |
| | } | |
| **Debtor(s)** | } | |

### ORDER

**AND NOW THIS** __17th__ day of _____November_____ 2022 and for good cause having been shown, Debtors' attorney's request to modify the Debtor's Chapter 13 Plan post-confirmation is hereby **GRANTED**.

This Order supercedes the previous confirmation Order of February 11, 2021.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge