LAW OFFICES OF SKLAR SMITH-SKLAR, LLC
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
KEITH D. SKLAR, ESQ. (91524)
ATTORNEY FOR DEBTOR
Email: mail@njpalaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ARVETTE BENSON, | : | CHAPTER 13 |
| | : | Case No.: 20-11839-mdc |
| | : | |
| Debtor(s) | : | **CERTIFICATE OF** |
| | : | **NO OBJECTION** |

I, KEITH D. SKLAR, certify that a copy of an Application for Compensation for the above captioned case was served on the appropriate parties named in the certificate of service by either electronic notice or by first class United States Mail more than twenty-one (21) days ago and that no objection has been received by me or filed with this honorable court.

**WHEREFORE,** Debtor's attorney seeks an Order granting outstanding attorney fees earned of $1000.00 to be paid as an administrative expense by the Chapter 13 Trustee through the Debtor's plan.  .

Date: June 30, 2023            */s/Keith D. Sklar, Esq.*
                               Keith D. Sklar, Esq.