**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**

| | | |
|---|---|---|
| **In the Matter of**: } | CHAPTER 13 | |
| } | | |
| ARVETTE E. BENSON, } | CASE NO.: 20-11839 (MDC) | |
| } | | |
| **Debtor.** } | | |

**ORDER**

**AND NOW THIS** __13th__ day of ____July____, 2023 and for good cause having been shown, Debtors' attorney's request for legal fees earned is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay through the Debtor's Chapter 13 plan as an administrative expense $1,000.00 as legal fees earned.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge