United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11839-mdc

Arvette E Benson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jul 13, 2023     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvette E Benson, 6335 Martins Mill Road, Philadelphia, PA 19111-5321 |
| cr | + | Citigroup Mortgage Loan Trust Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Citigroup Mortgage Loan Trust Inc., Asset-Backed P, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Daniel Mudrick, Mudrick & Zucker, P.C., 325 Sentry Parkway East, Building 5 W - Ste. 320, Blue Bell, PA 19422 UNITED STATES 19422-2312 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Jul 14 2023 00:20:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: aleasure@autotrakk.com | Jul 14 2023 00:20:00 | Auto Trakk, LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| cr | + | Email/Text: bankruptcy@purchasingpower.com | Jul 14 2023 00:20:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road, SE, Bldg. 2 Suite 1200, Atlanta, GA 30339-6143 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023     Signature:     /s/Gustava Winters

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jul 13, 2023     Form ID: pdf900     Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CANDYCE I. SMITH-SKLAR | on behalf of Debtor Arvette E Benson mail@njpalaw.com r56958@notify.bestcase.com |
| DANIEL P. MUDRICK | on behalf of Creditor Daniel Mudrick dpmudrick@verizon.net G30229@notify.cincompass.com |
| DANIEL P. MUDRICK | on behalf of Creditor Auto Trakk LLC dpmudrick@verizon.net, G30229@notify.cincompass.com |
| KEITH D. SKLAR | on behalf of Debtor Arvette E Benson njpalaw@gmail.com r56958@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Upper Darby Bell Telco FCU mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
Eastern District of Pennsylvania

| | | |
|---|---|---|
| **In the Matter of:** | } | CHAPTER 13 |
| | } | |
| ARVETTE E. BENSON, | } | CASE NO.: 20-11839 (MDC) |
| | } | |
| **Debtor.** | } | |

**ORDER**

**AND NOW THIS** __13th__ day of ____July____, 2023 and for good cause having been shown, Debtors' attorney's request for legal fees earned is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay through the Debtor's Chapter 13 plan as an administrative expense $1,000.00 as legal fees earned.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge