**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Arvette E Benson | CASE NO.: 20-11839-amc |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that NewRez LLC d/b/a Shellpoint Mortgage Servicing as

Servicer for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates,

Series 2007-AMC1, U.S. Bank National Association, as Trustee ("Movant"), secured creditor to

the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance

pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy

Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices

and pleadings given of filed in the above-captioned case be given and served upon the

undersigned at the following addresses and telephone/facsimile numbers:

> Angela C. Pattison, Esq,
> Hill Wallack LLP
> 1415 Route 70 East, Suite 309
> Cherry Hill, NJ 08034
> Telephone: 856-616-8086
> Facsimile: 856-616-8081
> Email: apattison@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor

any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for Citigroup Mortgage Loan

Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National

Association, as Trustee (i) right to have final orders in non-core matters entered only after de

novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in

any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in

any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs, or recoupments to which NewRez LLC d/b/a Shellpoint Mortgage Servicing as

Servicer for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates,

Series 2007-AMC1, U.S. Bank National Association, as Trustee is or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments are expressly reserved.

Dated: August 6, 2024                                                Hill Wallack LLP


                                                                     By: */s/ Angela C. Pattison*
                                                                     Angela C. Pattison, Esq.
                                                                     Hill Wallack LLP
                                                                     1415 Route 70 East, Suite 309
                                                                     Cherry Hill, NJ 08034
                                                                     Telephone: 856-616-8086
                                                                     Facsimile: 856-616-8081
                                                                     Email: apattison@hillwallack.com
                                                                     Counsel to NewRez LLC d/b/a Shellpoint
                                                                     Mortgage Servicing as Servicer for
                                                                     Citigroup Mortgage Loan Trust Inc., Asset-
                                                                     Backed Pass-Through Certificates, Series
                                                                     2007-AMC1, U.S. Bank National
                                                                     Association, as Trustee

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Arvette E Benson | CASE NO.: 20-11839-amc |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance for NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee in the manner indicated below on August 6, 2024:

Arvette E Benson
6335 Martins Mill Road
Philadelphia, PA 19111
**DEBTOR - VIA REGULAR MAIL**

Keith D. Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
**COUNSEL FOR DEBTOR -VIA ECF**

United States Trustee
Robert N.C. Nix Federal Building Suite 320
Philadelphia, PA 19107
**UNITED STATES TRUSTEE - VIA ECF**

William E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**TRUSTEE - VIA ECF**

*By: /s/ Angela C. Pattison*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com