# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Arvette Benson | : | Case No. 20-11839-AMC |
| | : | |
| | : | |
| Upper Darby Bell Telco FCU | ; | |
| Movant | : | Chapter 13 |
| | : | |
| | : | Judge: Chief Judge Ashely M. Chan |

## CERTIFICATE OF SERVICE

I, M. Jacqueline Larkin, Esquire, attorney for Upper Darby Bell, Telco, FCU, do hereby certify that true and correct copies of the foregoing Response to Notice to Final Cure Payment was served via ECF/ first-class mail on the following parties on August 20, 2024:

Kenneth E. West
Chapter 13 Trustee
1234 Market Street-Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
Robert N.C Nix Federal Building
Suite 320
Philadelphia, PA 19107

Keith D. Sklar, Esquire
1901 N. Olden Avenue
Suite 22
Ewing, N.J.  08618

Arvette E. Benson
6335 Martins Mill Road
Philadelphia, PA 19111

**VAUGHAN BAIO & PARTNERS**
By:    */s/ M. Jacqueline Larkin*
M. Jacqueline Larkin, Esq.
ID No. 309190
Two Logan Square
100 N. 18th Street, Suite 700
Philadelphia, PA 19103
(215) 569-2400

Date: August 20, 2024

#R4OZK1Z40D14QMv1