United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arvette E Benson  
    Debtor

Case No. 20-11839-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5  
Date Rcvd: Aug 19, 2024      Form ID: 138OBJ      Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvette E Benson, 6335 Martins Mill Road, Philadelphia, PA 19111-5321 |
| 14489422 | + | Afni, inc. (Original Creditor: Verizon I, PO Box 3427, Bloomington, IL 61702-3427 |
| 14489423 | + | Ar Resources Inc (original Creditor Mano, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 14527528 | + | Citigroup Mortgage Loan Trust Inc.,, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14489444 | | Credit Corp Solutions, Attn: Bankruptcy, 121 West S Election Rd, Draper, UT 84020 |
| 14489451 | + | Four Seasons Investment, P.O. Box 213, Wynnewood, PA 19096-0213 |
| 14489455 | + | Ic Systems Inc(Original Creditor; Advoca, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14489457 | + | Interstate Credit & Co (Original Credito, 21 W Fornance Street, Norristown, PA 19401-3300 |
| 14489458 | + | Intrst (Original Creditor:Medical), 21 West Fornance S, Norristown, PA 19401-3300 |
| 14489460 | + | Media Members Federal, 3900 Chestnut St, Philadelphia, PA 19104-3120 |
| 14913831 | + | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Angela C. Pattison, Esq,, Hill Wallack LLP, 1415 Route 70 East, Suite 309 Cherry Hill, NJ 08034-2210 |
| 14489467 | + | Reliant Cap (Original Creditor: 07 harcu, 750 Cross Pointe R Suite G, Columbus, OH 43230-6692 |
| 14489468 | + | Rjm Acq Llc (original Literary, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |
| 14489470 | + | Sunrise Credit Service (original Credito, 234 Airport Plaza Blvd S, Farmingdale, NY 11735-3917 |
| 14489480 | + | US Dept of Ed/Glelsi, PO Box 7860, Minot, ND 58707-0001 |
| 14495310 | + | Upper Darby Bell Telco FCU, C/O MARY JACQUELINE LARKIN, O'Hagan Meyer, 100 N. 18th Street, # 700, Philadelphia, PA 19103-2765 |
| 14500468 | + | Upper Darby Bell Telco Federal Credit Union, 1410 Bywood Avenue, Upper Darby, PA 19082-3798 |
| 14489482 | + | Xerox Soluti, 04 Phila, Po Box 41818, Philadelphia, PA 19101-1818 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 19 2024 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14507869 | + | Email/Text: g17768@att.com | Aug 19 2024 23:57:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14508109 | | Email/Text: bnc@atlasacq.com | Aug 19 2024 23:57:00 | Atlas Acquisitions LLC, 492 C Cedar Lane, Ste. 442, Teaneck, NJ 07466 |
| 14489424 | + | Email/Text: kwalters@autotrakk.com | Aug 19 2024 23:57:00 | Auto Trakk, LLC, Attn: Bankruptcy Dept., 1500 Sycamore Rd., STE 200, Montoursville, PA 17754-9416 |
| 14489425 | + | Email/Text: kwalters@autotrakk.com | Aug 19 2024 23:57:00 | Autotrakk Llc, Attn: Bankruptcy Department, 1500 Sycamore Rd., Ste. 200, Montoursville, PA 17754-9416 |
| 14489426 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 19 2024 23:57:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14534604 | | Email/Text: megan.harper@phila.gov | | |

Case 20-11839-amc    Doc 107    Filed 08/21/24    Entered 08/22/24 00:42:17    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 138OBJ | Total Noticed: 89 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 19 2024 23:57:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14537727 | | Email/Text: megan.harper@phila.gov | | |
| | | | Aug 19 2024 23:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14489428 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 20 2024 00:10:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14500258 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 20 2024 00:10:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14489429 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 20 2024 00:10:51 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14489430 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Aug 19 2024 23:57:00 | Cavalry Portfolio Serv (Original), 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14489877 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Aug 19 2024 23:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14527200 | ^ | MEBN | | |
| | | | Aug 19 2024 23:52:58 | Citigroup Mortgage Loan Trust Inc., Asset-Backed P, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14489431 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Aug 19 2024 23:57:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14489432 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489433 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14489434 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489435 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489436 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489437 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489438 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14489439 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenitycapital/c21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14489440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 19 2024 23:57:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14489441 | ^ | MEBN | | |
| | | | Aug 19 2024 23:53:14 | Concord Svc, 4150 N. Drinkwater, Suite 200, Scottsdale, AZ 85251-3643 |
| 14489442 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Aug 19 2024 23:57:34 | Convergent Outsourcing, 800 Sw 39th Street, Renton, WA 98057-4927 |
| 14489443 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Aug 19 2024 23:57:00 | Credit Coll (Original Creditor:06 Progre, PO Box 9134, Needham Heights, MA 02494-9134 |
| 14489445 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 20 2024 00:10:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14489427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 20 2024 00:10:18 | Bloomingdale's, PO Box 8053, Mason, OH 45040 |
| 14489446 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 20 2024 00:10:36 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH |

Case 20-11839-amc Doc 107 Filed 08/21/24 Entered 08/22/24 00:42:17 Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 138OBJ | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| 14489447 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | 45040 |
| | | | Aug 20 2024 00:10:36 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14508419 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 23:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14489448 | + | Email/Text: bknotice@ercbpo.com | Aug 19 2024 23:57:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14489449 | + | Email/Text: bankruptcy@firstelectronic.com | Aug 19 2024 23:57:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14489450 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 20 2024 00:10:18 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14489452 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 19 2024 23:57:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14489453 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 19 2024 23:57:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14489454 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 19 2024 23:57:00 | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14489456 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2024 23:57:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 14508293 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 19 2024 23:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14494945 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 00:10:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14494564 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2024 00:10:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14489459 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 19 2024 23:57:00 | Mabt - Genesis Retail, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14489461 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2024 00:23:10 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14489462 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 23:57:00 | Midland Funding (Original Creditor Targe, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 14489463 | + | Email/Text: bnc@nordstrom.com | Aug 19 2024 23:57:46 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14503123 | ^ | MEBN | Aug 19 2024 23:53:08 | Orion Portfolio Services II, LLC, 10375 Old Alabama Rd. Conn, Suite 302, Alpharetta, GA 30022-1119 |
| 14489465 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 00:10:36 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14500445 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 00:10:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14535505 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14489464 | + | Email/Text: bankruptcy1@pffcu.org | Aug 19 2024 23:57:00 | Police and Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14502201 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 19 2024 23:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14509413 | + | Email/Text: bankruptcy@purchasingpower.com | Aug 19 2024 23:57:00 | Purchasing Power, LLC, 2727 Paces Ferry Road,SE, Bldg. 2 Suite 1200, Atlanta, GA 30339-6143 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14492567 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2024 23:57:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14489466 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 20 2024 00:10:18 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14495174 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2024 23:57:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14489469 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 19 2024 23:57:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14489471 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:20 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489472 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:25 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14508237 | ^ | MEBN | Aug 19 2024 23:53:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14489473 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:17 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489474 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489475 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:56 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14492903 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 00:10:25 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14506734 | + | Email/Text: bncmail@w-legal.com | Aug 19 2024 23:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14489476 | + | Email/Text: bncmail@w-legal.com | Aug 19 2024 23:57:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14489477 | ^ | MEBN | Aug 19 2024 23:52:45 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14503213 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 19 2024 23:57:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14489478 | + | Email/Text: rich@udbell.org | Aug 19 2024 23:57:00 | Ud Bell Fcu, 1410 Bywood Avenue, Upper Darby, PA 19082-3720 |
| 14489479 | + | Email/Text: rich@udbell.org | Aug 19 2024 23:57:00 | Upper Darby Belltelco, 1410 Bywood Drive, Upper Darby, PA 19082-3720 |
| 14489481 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 19 2024 23:57:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 71

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14527413 | *+ | Citigroup Mortgage Loan Trust Inc., Asset-Backed P, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 138OBJ | Total Noticed: 89 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| CANDYCE I. SMITH-SKLAR | on behalf of Debtor Arvette E Benson mail@njpalaw.com   r56958@notify.bestcase.com |
| DANIEL P. MUDRICK | on behalf of Creditor Daniel Mudrick dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DANIEL P. MUDRICK | on behalf of Creditor Auto Trakk  LLC dpmudrick@verizon.net, g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com |
| KEITH D. SKLAR | on behalf of Debtor Arvette E Benson njpalaw@gmail.com   r56958@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Upper Darby Bell Telco FCU mjlarkin@vaughanmclean.com   cgarrett@vaughanmclean.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 105 − 102

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Arvette E Benson )    Case No. 20−11839−amc
)
)
Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 19, 2024                                                                For The Court

                                                                                                                                              Timothy B. McGrath
                                                                                                                                              Clerk of Court