**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>ARVETTE  E BENSON<br><br>Debtor(s) | Case No. 20-11839-AMC |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kenneth E. West, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/30/2020.

2)  The plan was confirmed on 02/11/2021.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was completed on 08/09/2024.

6)  Number of months from filing or conversion to last payment: 52.

7)  Number of months case was pending: 58.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $301,070.00.

10) Amount of unsecured claims discharged without full payment: $114,036.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $40,148.80 | |
| Less amount refunded to debtor | $1,547.72 | |

**NET RECEIPTS:** **$38,601.08**

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $3,291.19 | |
| Other | $0.00 | |

**TOTAL EXPENSES OF ADMINISTRATION:** **$6,791.19**

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI, INC | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 204.53 | 204.53 | 4.42 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 171.83 | 171.83 | 3.71 | 0.00 |
| AR RESOURCES INC | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY | Unsecured | NA | 980.88 | 980.88 | 21.22 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 4,152.67 | 4,152.67 | 89.84 | 0.00 |
| AUTO TRAKK, LLC | Secured | 16,025.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BLOOMINGDALE'S | Unsecured | 245.45 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | NA | 623.96 | 623.96 | 13.50 | 0.00 |
| CAPITAL ONE/NEIMAN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | NA | 828.07 | 828.07 | 17.92 | 0.00 |
| CITY OF PHILA | Secured | NA | 156.00 | 156.00 | 156.00 | 0.00 |
| CITY OF PHILA | Secured | NA | 2,170.84 | 2,170.84 | 2,170.84 | 0.00 |
| COMENITY BANK | Unsecured | 2,562.00 | NA | NA | 0.00 | 0.00 |
| CONCORD SVC | Unsecured | 2,959.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLL | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORE NATIONAL BAI | Unsecured | NA | 221.51 | 221.51 | 4.79 | 0.00 |
| DEPARTMENT STORE NATIONAL BAI | Unsecured | NA | 448.87 | 448.87 | 9.71 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 981.00 | NA | NA | 0.00 | 0.00 |
| FOUR SEASONS INVESTMENT | Secured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES | Unsecured | 34,722.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 1,064.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 3,025.48 | 3,025.48 | 3,025.48 | 0.00 |
| INTERSTATE CREDIT & CO | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| INTRST (ORIGINAL CREDITOR:MEDI( | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 906.77 | 906.77 | 19.61 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 516.73 | 516.73 | 11.18 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,608.30 | 1,608.30 | 34.80 | 0.00 |
| MABT - GENESIS RETAIL | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEDIA MEMBERS FEDERAL | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 1,641.23 | 1,641.23 | 35.50 | 0.00 |
| MERRICK BANK/CARDWORKS | Unsecured | 1,608.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| NORDSTROM FSB | Unsecured | 4,129.00 | NA | NA | 0.00 | 0.00 |
| ORION PORTFOLIO SERVICES, LLC | Unsecured | NA | 639.78 | 639.78 | 13.84 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Unsecured | NA | 43.42 | 43.42 | 0.94 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Priority | NA | 722.82 | 679.40 | 679.40 | 0.00 |
| POLICE AND FIRE FEDERAL CREDIT | Unsecured | 13,245.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 165.88 | 165.88 | 3.59 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 523.46 | 523.46 | 11.32 | 0.00 |
| PREMIER BANKCARD, LLC. | Unsecured | NA | 1,019.93 | 1,019.93 | 22.07 | 0.00 |
| PURCHASING POWER LLC | Secured | NA | 1,353.45 | 1,000.00 | 1,000.00 | 0.00 |
| PURCHASING POWER LLC | Unsecured | NA | 353.45 | 353.45 | 7.64 | 0.00 |
| QUANTUM3 GROUP AS AGENT FOR | Unsecured | NA | 969.57 | 969.57 | 20.98 | 0.00 |
| REGIONAL ACCEPTANCE CO | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| RELIANT CAP | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQ LLC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 11,620.63 | 11,620.63 | 226.69 | 0.00 |
| SHELLPOINT MORTGAGE SERVICINC | Secured | NA | 156,629.57 | 8,331.02 | 8,331.02 | 0.00 |
| SYNCB | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 975.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | NA | 76.43 | 76.43 | 1.65 | 0.00 |
| TD BANK USA N.A. | Unsecured | NA | 543.40 | 543.40 | 11.75 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| UD BELL FCU | Unsecured | 1,846.00 | NA | NA | 0.00 | 0.00 |
| UPPER DARBY BELL TELCO FEDERA | Secured | NA | 22,444.65 | 15,860.48 | 15,860.48 | 0.00 |
| UPPER DARBY BELLTELCO | Unsecured | 3,045.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Unsecured | 3,283.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,738.00 | NA | NA | 0.00 | 0.00 |
| XEROX SOLUTI, 04 PHILA | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $24,191.50 | $24,191.50 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,326.84 | $3,326.84 | $0.00 |
| **TOTAL SECURED:** | **$27,518.34** | **$27,518.34** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,704.88 | $3,704.88 | $0.00 |
| **TOTAL PRIORITY**: | **$3,704.88** | **$3,704.88** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$28,261.30** | **$586.67** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,791.19 |
| Disbursements to Creditors | $31,809.89 |

**TOTAL DISBURSEMENTS** : $38,601.08

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/16/2025                    By: /s/ Kenneth E. West
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**