United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-11839-amc

Arvette E Benson                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 17, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arvette E Benson, 6335 Martins Mill Road, Philadelphia, PA 19111-5321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | |

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
apattison@hillwallack.com, apattison@ecf.courtdrive.com

District/off: 0313-2                          User: admin                                        Page 2 of 2

Date Rcvd: Jan 17, 2025                    Form ID: 138FIN                                 Total Noticed: 3

CANDYCE I. SMITH-SKLAR
          on behalf of Debtor Arvette E Benson mail@njpalaw.com  r56958@notify.bestcase.com

DANIEL P. MUDRICK
          on behalf of Creditor Daniel Mudrick dpmudrick@verizon.net
          g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DANIEL P. MUDRICK
          on behalf of Creditor Auto Trakk  LLC dpmudrick@verizon.net,
          g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DENISE ELIZABETH CARLON
          on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S.
          Bank National Association, as Trustee bkgroup@kmllawgroup.com

KEITH D. SKLAR
          on behalf of Debtor Arvette E Benson njpalaw@gmail.com  r56958@notify.bestcase.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

MARY JACQUELINE LARKIN
          on behalf of Upper Darby Bell Telco FCU mjlarkin@vaughanmclean.com  gkerns@vaughanmclean.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*Form 138FIN* (6/24)−doc 114 − 113

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
    Arvette E Benson                          )          Case No. 20−11839−amc
                                              )
                                              )
    Debtor(s).                                )          Chapter: 13
                                              )
                                              )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: January 17, 2025                                    For The Court

                                                          Timothy B. McGrath
                                                          Clerk of Court